PER CURIAM.
Affirmed. See Spinelli v. United States, 1969, 393 U.S. 410, 89 S.Ct. 584, 21 L.Ed.2d 637; Aguilar v. Texas, 1964, 378 U.S. 108, 84 S.Ct. 1509, 12 L.Ed.2d 723; United States v. Rich, 5 Cir. 1969, 407 F.2d 934; United States v. Aldrete, 5 Cir. 1969, 414 F.2d 238; State v. Jones, Fla.1967, 204 So.2d 515; and F.S.1967, Section 40.43, F.S.A.
CROSS, C, J., and McCAIN and OWEN, JJ., concur.